# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM LAMBERT, JR.,<br><br>Defendant. | No. CR-93-43-BLG-SPW-JTJ<br><br>ORDER |

Defendant **William Lambert, Jr.**, having filed an Unopposed Motion to Vacate and Reset Revocation Hearing;

IT IS ORDERED that the Revocation Hearing currently scheduled for Wednesday, May 31, 2017, at 10:00 a.m. is VACATED and RESET for Thursday, June 8, 2017 at 10:00 a.m. before the undersigned.

DATED this 25th day of May, 2017.

_____
John Johnston
United States Magistrate Judge

1